IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAWRENCE THOMAS, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 09-1323 (JBS/JS) |
| v. | |
| CUMBERLAND COUNTY, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court upon Plaintiff's motion in limine to exclude speculative portions of Mr. Childres's deposition from evidence [Docket Item 149]; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this 10th day of **September, 2012** hereby

ORDERED that Plaintiff's motion is **GRANTED**, and the testimony at Childres Dep. Tr. 18:13-22 shall be redacted.

JEROME B. SIMANDLE
Chief U.S. District Judge