IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAWRENCE THOMAS,<br><br>        Plaintiff,<br><br>    v.<br><br>FERNANDO MARTINEZ,<br><br>        Defendant. | HONORABLE JEROME B. SIMANDLE<br><br>Civil No. 09-1323 (JBS/JS)<br><br><br>**JURY VERDICT FORM** |

We, the unanimous Jury, find as follows:

(1) Did Plaintiff Thomas prove by a preponderance of the evidence that Defendant Martinez knew there existed a substantial risk of serious harm to Plaintiff?

    Answer: Yes __X_____     No _____

        [If you answered "Yes" to Question 1, proceed to Question 2. Otherwise, please stop and return your verdict.]

(2) Did Plaintiff Thomas prove by a preponderance of the evidence that Defendant Martinez's conduct was deliberately indifferent to the risk of serious harm?

    Answer: Yes _____     No __X_____

        [If you answered "Yes" to Question 2, proceed to Question 3. Otherwise, please stop and return your verdict.]

(3) Was Defendant Martinez's deliberate indifference a substantial factor in causing the harm to Plaintiff Thomas?

Answer: Yes _____      No _____

[If you answered "Yes" to Question 3, proceed to Question 4. Otherwise, please stop and return your verdict.]

(4) What amount of money will fairly compensate Plaintiff Thomas for his injuries?

$_____ (dollar amount)


Date: 9/13/12

Signature of Foreperson