AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

_____DISTRICT OF _____**NEW JERSEY**_____

LAWRENCE THOMAS

JUDGMENT IN A CIVIL CASE

plaintiff(s)

v.

CORRECTION OFFICER
FERNANDO MARTINEZ

CASE NUMBER: 09-1323(JBS/JS)

defendant(s)

**X**   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that a verdict of no cause of action should be entered in favor of defendant, Correction Officer Fernando Martinez without costs.

Dated: Sept. 14, 2012

Honorable Jerome B. Simandle
Chief United States District Judge